IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ADONIS B. WHITBY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-242-HL |
| MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security, | : | |
| Defendant. | : | |

# ORDER

Before the Court is Plaintiff's Motion to Proceed In Forma Pauperis ("IFP") and Affidavit (Doc. 4). Pursuant to 28 U.S.C.A. § 1915(a), a district court must determine whether the statements contained in an IFP affidavit satisfy the requirement of poverty. Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1307 (11th Cir. 2004). According to the court in Martinez, "an affidavit will be held sufficient if it represents that the litigant, because of [her] poverty, is unable to pay for the court fees and costs, and to support and provide necessities for [herself] and [her] dependents." Id. at 1307. After reviewing Plaintiff's Motion and Affidavit, this Court finds that Plaintiff is unable to pay the costs associated with this suit. Thus, Plaintiff's Motion to Proceed IFP is granted.

**SO ORDERED**, this the 12th day of August, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc