IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ADONIS B. WHITBY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 5:08-CV-242 (HL) |
| MICHAEL CHERTOFF, Secretary of : | |
| U.S. Department of Homeland : | |
| Security, : | |
| : | |
| Defendant. : | |

# ORDER

On May 22, 2009, Plaintiff filed a Motion for Leave to File Amended Complaint (Doc. 47). In his motion, Plaintiff did not set forth any proposed amendment to his original complaint. Because Plaintiff did not include a proposed amendment in his Motion for Leave to Amend, Defendant responded to Plaintiff's Motion (Doc. 53) stating that it would could not consent or object to Plaintiff's Motion to Amend.

On July 20, 2009, Plaintiff filed a Motion to Amend to Include 42 U.S.C. § 1981 (Doc. 54). The Court orders that Defendant respond to Plaintiff's Motion to Amend to Include 42 U.S.C. § 1981 no later than August 31, 2009. Defendant's response is limited to 5 pages.

**SO ORDERED**, this the 24th day of August, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

lmc